**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

NATIONAL MEAT ASSOCIATION,
           *Plaintiff-Appellee,*

and

AMERICAN MEAT INSTITUTE,
           *Plaintiff-Intervenor,*

v.

KAMALA D. HARRIS, in her official
capacity as Attorney General of
California; EDMUND G. BROWN JR.,
in his official capacity as
Governor of California; STATE OF
CALIFORNIA,
           *Defendants-Appellants,*

and

THE HUMANE SOCIETY OF THE
UNITED STATES; FARM SANCTUARY,
INC.; HUMANE FARMING
ASSOCIATION; ANIMAL LEGAL
DEFENSE FUND,
           *Defendant-Intervenors.*

No. 09-15483

D.C. No.
1:08-cv-01963-
LJO-DLB

NATIONAL MEAT ASSOCIATION,
                    *Plaintiff-Appellee,*

and

AMERICAN MEAT INSTITUTE,
                    *Plaintiff-Intervenor,*

v.

KAMALA D. HARRIS, in her official capacity as Attorney General of California; EDMUND G. BROWN JR., in his official capacity as Governor of California; STATE OF CALIFORNIA,

                    *Defendants,*

and

THE HUMANE SOCIETY OF THE UNITED STATES; FARM SANCTUARY, INC.; HUMANE FARMING ASSOCIATION; ANIMAL LEGAL DEFENSE FUND,
          *Defendants-Intervenors-*
                    *Appellants.*

No. 09-15486

D.C. No.
1:08-cv-01963-
LJO-DLB

ORDER

On Remand from the United States Supreme Court

Filed June 8, 2012

Before: Alex Kozinski, Chief Judge, Stephen Reinhardt and
Barry G. Silverman, Circuit Judges.

## **ORDER**

In light of the United States Supreme Court's decision in *National Meat Ass'n* v. *Harris*, 132 S. Ct. 965 (2012), we

vacate our prior opinion in *National Meat Ass'n* v. *Brown*, 599 F.3d 1093 (9th Cir. 2010), and affirm the judgment of the district court.

The mandate shall issue forthwith. *See* Fed. R. App. P. 41(b).

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2012 Thomson Reuters.